# UNITED STATES BANKRUPTCY COURT
**District of New Jersey**

In re: Drexelle Price                                                          Case No. 19-22541

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

JPMORGAN CHASE BANK, N.A.                                        Court Claim # (if known) 5
Name of Secured Creditor

Old Address of Secured Creditor:
JPMorgan Chase, N.A.
National Bankruptcy Department
P.O. Box 91032
Ft. Worth, TX 76101-2032

New Name and/or Address where NOTICES to Secured Creditor
should be sent:
JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

Phone: 877-905-0908

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):
JPMorgan Chase, N.A.
National Bankruptcy Department
P.O. Box 901032
Ft. Worth, TX 76101-2032

Phone: 877-905-0908

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Francis Laryea                                          Date: 09/20/2019
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRUNO BELLUCCI, III
BELLUCCILAW, PC
1201 NEW ROAD
SUITE 138
LINWOOD, NJ 08221

DREXELLE PRICE
639 LONDON COURT II
EGG HARBOR TOWNSHIP, NJ 08234

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Francis Laryea
Francis Laryea